■ James H. Munger et al., Respondents, v Greece Towne Mall, et al., Appellants, et al., Defendant. [634 NYS2d 16] —Order unanimously affirmed with costs. Memorandum: Plaintiff James Munger was injured when a flexible hose used to transport concrete fell from a scaffold and struck him in the back. Supreme Court properly granted plaintiffs partial summary judgment against defendants Greece Towne Mall and Wilridge Property, Inc., on the issue of Labor Law § 240 (1) liability. Those defendants "had a nondelegable duty to provide proper safety devices to protect workers from injury 'in circumstances where there are risks related to elevation differentials' *(Rocovich v Consolidated Edison Co.,* 78 NY2d 509, 514; *see also, Gordon v Eastern Ry. Supply,* 82 NY2d 555; *Salzer v New York Tel. Co.,* [192 AD2d 1104]), including the risk of being struck by falling objects *(see, Fitzgibbons v Olympia & York Battery Park Co.,* 182 AD2d 1069, 1070)" *(McCloud v Rochester Gas & Elec. Corp.,* 203 AD2d 923). (Appeal from Order of Supreme Court, Monroe County, Galloway, J.—Labor Law.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.